Gregg P. Tabakin, Esq. (017521980)
Fein, Such, Kahn & Shepard, P.C.
6 Campus Drive, Suite 304
Parsippany, New Jersey 07054
(973) 538-4700
Attorney for Defendant, Fein, Such, Kahn & Shepard, P.C.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DEBORAH A. GLOVER, ON BEHALF OF HERSELF AND THOSE SIMILARLY SITUATED**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>**N.A.R., INC., FEIN, SUCH, KAHN & SHEPARD, P.C., AND JOHN DOES 1-10,**<br><br>　　　　　　　Defendants. | CIVIL ACTION<br><br>CASE NO. 2:23-CV-22386-MCA-ESK<br><br>**ANSWER AND CROSSCLAIM** |

**FEIN, SUCH, KAHN & SHEPARD P.C.,** by way of Answer to the Complaint says that:

**NATURE OF THE CASE**

1.   FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 1 of the Complaint.

2.   FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 2 of the Complaint.

3.   FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 3 of the Complaint.

4.   FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 4 of the Complaint.

5.  FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 5 of the Complaint.

## JURISDICTION AND VENUE

6.  FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 6 of the Complaint and leaves Plaintiff to her proofs.

7.  FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in Paragraph 7 of the Complaint.

## PARTIES

8.  FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 8 of the Complaint.

9.  FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 9 of the Complaint.

10. FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 10 of the Complaint.

11. FEIN, SUCH, KAHN & SHEPARD P.C.  admits that it is a law firm with a practice area in Collection law with a principal place of business located at 6 Campus Drive, Parsippany NJ 07054.

12. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 12 of the Complaint.

13. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 13 of the Complaint.

14. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 14 of the Complaint.

15. FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 15 of the Complaint inasmuch as it makes no allegations.

## **FACTUAL ALLEGATIONS**

16. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 16 of the Complaint.

17. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 17 of the Complaint.

18. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 18 of the Complaint.

19. FEIN, SUCH, KAHN & SHEPARD P.C. admits the allegations contained in paragraph 19 however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

20. FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 20 of the Complaint.

21. FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 21 of the Complaint except to admit that N.A.R. retained FEIN, SUCH, KAHN & SHEPARD P.C to collect certain consumer debts.

22. FEIN, SUCH, KAHN & SHEPARD P.C. admits that Plaintiff incurred or owed a certain financial obligation but has neither the information nor knowledge to admit or deny as to whether the transaction was primarily for the Plaintiff's personal, family, or household purposes. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

23. FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 23 of the Complaint inasmuch as the case cited speaks for itself. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

24. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 24 of the Complaint.

25. FEIN, SUCH, KAHN & SHEPARD P.C. admits that as part of its collection practice it collects accounts using collection letters, lawsuits, and post judgment collection efforts, however denies the balance of this paragraph. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

26. FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 26 of the Complaint inasmuch as it states a legal conclusion. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

27. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 27 of the Complaint.

28. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 28 of the Complaint.

29. FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 29 of the Complaint, however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

30. FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 30 of the Complaint, however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

31. FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 31 of the Complaint, however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

32. FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 32 of the Complaint, however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

33. FEIN, SUCH, KAHN & SHEPARD P.C admits the allegations contained in paragraph 33 of the Complaint, however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

34. FEIN, SUCH, KAHN & SHEPARD P.C admits the allegations contained in paragraph 34 of the Complaint, however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

35. FEIN, SUCH, KAHN & SHEPARD P.C admits the allegations contained in paragraph 35 of the Complaint, however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

36. FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 36 of the Complaint.

37. FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 37 of the Complaint however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

38. FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 38 of the Complaint however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

39. FEIN, SUCH, KAHN & SHEPARD P.C. admits the allegations contained in paragraph 39 of the Complaint.

40. FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 40 of the Complaint however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

41. FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 41 of the Complaint however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

42. FEIN, SUCH, KAHN & SHEPARD P.C admits the allegations contained in paragraph 42 of the Complaint however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

43. FEIN, SUCH, KAHN & SHEPARD P.C admits the allegations contained in paragraph 43 of the Complaint however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

44. FEIN, SUCH, KAHN & SHEPARD P.C admits the allegations contained in paragraph 44 of the Complaint however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

45. FEIN, SUCH, KAHN & SHEPARD P.C denies that any acts or omissions took place in the course of its representation of N.A.R.

46. FEIN, SUCH, KAHN & SHEPARD P.C has neither the information nor knowledge sufficient to either admit or deny N.A.R.'s cost of the purchased accounts and denies the balance of the allegations contained in paragraph 46 of the Complaint. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

47. FEIN, SUCH, KAHN & SHEPARD P.C denies the allegations contained in paragraph 47 of the Complaint.

48. FEIN, SUCH, KAHN & SHEPARD P.C denies the allegations contained in paragraph 47 of the Complaint.

49. FEIN, SUCH, KAHN & SHEPARD P.C makes no answer to paragraph 49 of the Complaint inasmuch as the statute cited speaks for itself. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

50.  FEIN, SUCH, KAHN & SHEPARD P.C makes no answer to paragraph 50 of the Complaint inasmuch as it states a legal conclusion. To the extent that this paragraph alleges

any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

51. FEIN, SUCH, KAHN & SHEPARD P.C has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 51 of the Complaint however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

52. FEIN, SUCH, KAHN & SHEPARD P.C makes no answer to paragraph 52 of the Complaint inasmuch as it states a legal conclusion. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

53. FEIN, SUCH, KAHN & SHEPARD P.C has neither the information nor knowledge sufficient to either admit or deny the first sentence of this paragraph. Further, FEIN, SUCH, KAHN & SHEPARD P.C denies the balance of paragraph 53 of the Complaint. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

54. FEIN, SUCH, KAHN & SHEPARD P.C denies each and every allegation contained in paragraph 54 of the Complaint.

55. FEIN, SUCH, KAHN & SHEPARD P.C denies each and every allegation contained in paragraph 55 of the Complaint.

56. FEIN, SUCH, KAHN & SHEPARD P.C denies each and every allegation contained in paragraph 56 of the Complaint.

57. FEIN, SUCH, KAHN & SHEPARD P.C denies each and every allegation contained in paragraph 57 of the Complaint.

58. FEIN, SUCH, KAHN & SHEPARD P.C denies each and every allegation contained in paragraph 58 of the Complaint.

59. FEIN, SUCH, KAHN & SHEPARD P.C denies each and every allegation contained in paragraph 59 of the Complaint.

60. FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 60 of the Complaint however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

61. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 61 of the Complaint.

62. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 62 of the Complaint.

63. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 63 of the Complaint.

64. FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 64 of the Complaint however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

65. FEIN, SUCH, KAHN & SHEPARD P.C has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 65 of the Complaint however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

66. FEIN, SUCH, KAHN & SHEPARD P.C has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 66 of the Complaint however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

67. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 67 of the Complaint.

68. FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 68 of the Complaint however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

69. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 69 of the Complaint.

70. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 70 of the Complaint.

71. FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in the first sentence of paragraph 71 of the Complaint and denies the balance of paragraph 71 of the Complaint.

72. FEIN, SUCH, KAHN & SHEPARD P.C makes no answer to paragraph 72 of the Complaint inasmuch as it cites a legal conclusion however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

73. FEIN, SUCH, KAHN & SHEPARD P.C makes no answer to paragraph 73 of the Complaint inasmuch as it cites a legal conclusion however to the extent that this paragraph

alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

74. FEIN, SUCH, KAHN & SHEPARD P.C. admits the allegations contained in paragraph 74 of the Complaint however states there is no requirement to notify the court about licensing. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

75. FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 75 of the Complaint. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

76. FEIN, SUCH, KAHN & SHEPARD P.C. denies that any representations were made to the Plaintiff. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

77. FEIN, SUCH, KAHN & SHEPARD P.C makes no answer to paragraph 77 of the Complaint inasmuch as it cites a legal conclusion however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

78. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 78 of the Complaint.

79. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 79 of the Complaint.

80. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 80 of the Complaint.

81. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 81 of the Complaint.

82. FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 82 of the Complaint. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

83. FEIN, SUCH, KAHN & SHEPARD P.C makes no answer to paragraph 83 of the Complaint inasmuch as it cites a legal conclusion however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

84. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 84 of the Complaint.

85. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 85 of the Complaint.

86. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 86 of the Complaint.

87. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 87 of the Complaint.

88. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 88 of the Complaint.

89. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 89 of the Complaint.

90. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 90 of the Complaint.

91. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 91 of the Complaint.

92. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 92 of the Complaint.

93. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 93 of the Complaint.

94. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 94 of the Complaint.

95. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 95 of the Complaint.

96. FEIN, SUCH, KAHN & SHEPARD P.C. admits having records of each account it handled for N.A.R however it denies the balance of the allegations contained in paragraph 96 of the Complaint. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

97. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 97 of the Complaint.

98. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 98 of the Complaint.

99. FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 99 of the Complaint

however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

## **FIRST COUNT**

100.    FEIN, SUCH, KAHN & SHEPARD P.C. repeats and re-alleges each and every answer to the previous 99 paragraphs of the Complaint as set forth more fully here at length.

101.    FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 101 of the Complaint inasmuch as the statute cited speaks for itself however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

102.    FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 102 of the Complaint inasmuch as it states a legal conclusion. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

103.    FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 103 of the Complaint inasmuch as it states a legal conclusion. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

104.    FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 104 of the Complaint inasmuch as it states a legal conclusion. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

105.     FEIN, SUCH, KAHN & SHEPARD P.C. admits that judgments are public record however denies the balance of the allegations contained in paragraph 105 of the Complaint.

106.     FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 106 of the Complaint inasmuch as it states a legal conclusion. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

107.     FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 107 of the Complaint inasmuch as it states a legal conclusion. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

108.     FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 108 of the Complaint inasmuch as it states a legal conclusion. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

109.     FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 109 of the Complaint.

110.     FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 110 of the Complaint.

111.     FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 111 of the Complaint inasmuch as the statute cited speaks for itself. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

112.     FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 112 of the Complaint.

113.     FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 113 of the Complaint.

114.     FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 114 of the Complaint.

**WHEREFORE**, FEIN, SUCH, KAHN & SHEPARD P.C. demands judgment dismissing the Complaint in its entirety together with costs, attorneys fees and such other and further relief as this court deems equitable and just under the circumstances.

## SECOND COUNT

115.     FEIN, SUCH, KAHN & SHEPARD P.C. repeats and realleges each and every answer to the previous 114 paragraphs of the Complaint as though set forth more fully herein at length.

116.     FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 116 of the Complaint inasmuch as the statute cited speaks for itself. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

117.     FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 117 of the Complaint inasmuch as it states a legal conclusion and the statute speaks for itself. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

118.       FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 118 of the Complaint inasmuch as it states a legal conclusion.  To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

119.       FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 119 of the Complaint inasmuch as it states a legal conclusion.  To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

120.       FEIN, SUCH, KAHN & SHEPARD P.C. admits that judgments are public record however it has neither the information nor knowledge sufficient to either admit nor deny the balance of the allegations contained in paragraph 120 of the Complaint. To the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

121.       FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 121 of the Complaint.

122.       FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 122 of the Complaint.

**WHEREFORE**, FEIN, SUCH, KAHN & SHEPARD P.C. demands judgment dismissing the Complaint in its entirety together with costs, attorneys fees and such other and further relief as this court deems equitable and just under the circumstances.

**THIRD COUNT**

123.     FEIN, SUCH, KAHN & SHEPARD P.C. repeats and realleges each and every answer to the previous 122 paragraphs of the Complaint as though set forth more fully herein at length.

124.     FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 124 of the Complaint inasmuch as the statute cited speaks for itself however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

125.     FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 125 of the Complaint inasmuch as it states a legal conclusion however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

126.     FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 126 of the Complaint inasmuch as it states a legal conclusion however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

127.     FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 127 of the Complaint inasmuch as it states a legal conclusion however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

128.     FEIN, SUCH, KAHN & SHEPARD P.C. admits that judgements are public record however it has neither the information nor knowledge sufficient to either admit nor deny the balance of the allegations contained in paragraph 128 of the Complaint. To the extent that

this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

129.    FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 129 of the Complaint.

130.    FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 130 of the Complaint.

131.    FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 131 of the Complaint.

132.    FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 132 of the Complaint.

133.    FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 133 of the Complaint.

134.    FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 134 of the Complaint inasmuch as it states a legal conclusion however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

135.    FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 135 of the Complaint inasmuch as it states a legal conclusion however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C., said allegations are specifically denied.

136.    FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 136 of the Complaint.

137.        FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 137 of the Complaint.

138.        FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 138 of the Complaint.

139.        FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 139 of the Complaint.


**WHEREFORE**, FEIN, SUCH, KAHN & SHEPARD P.C. demands judgment dismissing the Complaint in its entirety together with costs, attorneys fees and such other and further relief as this court deems equitable and just under the circumstances.

## <u>FOURTH COUNT</u>

(The numbering of the following paragraphs of the Answer follows the numbering of the paragraphs of the Complaint)

96. FEIN, SUCH, KAHN & SHEPARD P.C.  repeats and realleges each and every answer to the previous paragraphs of the Complaint as though set forth more fully herein at length.

97. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 97 of the Complaint.

98. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 98 of the Complaint.

99. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 99 of the Complaint.

100.        FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 100 of the Complaint.

101.    FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 101 of the Complaint.

102.    FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 102 of the Complaint.

103.    FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 103 of the Complaint.

**WHEREFORE**, FEIN, SUCH, KAHN & SHEPARD P.C. demands judgment dismissing the Complaint in its entirety together with costs, attorneys fees and such other and further relief as this court deems equitable and just under the circumstances.

## FIFTH COUNT

104.    FEIN, SUCH, KAHN & SHEPARD P.C. repeats and realleges each and every answer to the previous paragraphs of the Complaint as though set forth more fully herein at length.

105.    FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 105 of the Complaint.

106.    FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 106 of the Complaint.

107.    FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 107 of the Complaint.

108.    FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 108 of the Complaint.

**WHEREFORE**, FEIN, SUCH, KAHN & SHEPARD P.C. demands judgment dismissing the Complaint in its entirety together with costs, attorneys fees and such other and further relief as this court deems equitable and just under the circumstances.

<u>**SIXTH COUNT**</u>

109.    FEIN, SUCH, KAHN & SHEPARD P.C. repeats and realleges each and every answer to the previous paragraphs of the Complaint as though set forth more fully herein at length.

110.    FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 110 of the Complaint.

111.    FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 111 of the Complaint.

112.    FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 112 of the Complaint.

113.    FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 113 of the Complaint. However to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

114.    FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 114 of the Complaint.

115.    FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 115 of the Complaint.

116.    FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 116 of the Complaint.

117. FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 117 of the Complaint.

**WHEREFORE**, FEIN, SUCH, KAHN & SHEPARD P.C.  demands judgment dismissing the Complaint in its entirety together with costs, attorneys fees and such other and further relief as this court deems equitable and just under the circumstances.

## **SEVENTH COUNT**

140.    FEIN, SUCH, KAHN & SHEPARD P.C. repeats and realleges each and every answer to the previous paragraphs of the Complaint as though set forth more fully herein at length.

141.    FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 141 of the Complaint inasmuch as it states a legal conclusion however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

142.    FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 142 of the Complaint inasmuch as it states a legal conclusion however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

143.    FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 143 of the Complaint inasmuch as it states a legal conclusion however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

144.    FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 144 of the Complaint inasmuch as it states a legal conclusion however to the extent that this paragraph

alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

145.   FEIN, SUCH, KAHN & SHEPARD P.C. makes no answer to paragraph 145 of the Complaint inasmuch as it states a legal conclusion however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

146.   FEIN, SUCH, KAHN & SHEPARD P.C. admits the allegations contained in paragraph 146 of the Complaint however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

147.   FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 147 of the Complaint however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

148.   FEIN, SUCH, KAHN & SHEPARD P.C. has neither the information nor knowledge sufficient to either admit or deny the allegations contained in paragraph 148 of the Complaint however to the extent that this paragraph alleges any wrongdoing on the part of FEIN, SUCH, KAHN & SHEPARD P.C, said allegations are specifically denied.

149.   FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 149 of the Complaint.

150.   FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 150 of the Complaint.

151.    FEIN, SUCH, KAHN & SHEPARD P.C. denies each and every allegation contained in paragraph 151 the Complaint.

**WHEREFORE**, FEIN, SUCH, KAHN & SHEPARD P.C. demands judgment dismissing the Complaint in its entirety together with costs, attorneys fees and such other and further relief as this court deems equitable and just under the circumstances.

## AFFIRMATIVE DEFENSES

### FIRST SEPARATE AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief may be granted against Defendant.

### SECOND SEPARATE AFFIRMATIVE DEFENSE

Plaintiff is barred by the Doctrine of Estoppel.

### THIRD SEPARATE AFFIRMATIVE DEFENSE

Plaintiff is barred by the Doctrine of Unclean Hands.

### FOURTH SEPARATE AFFIRMATIVE DEFENSE

Any damages sustained by the Plaintiff herein were the direct and proximate result of Plaintiff's own actions and Defendant may not be held liable for any portion of said damages.

### FIFTH SEPARATE AFFIRMATIVE DEFENSE

Plaintiff is barred by the Doctrine of Ratification.

### SIXTH SEPARATE AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted inasmuch as Plaintiff has sustained no damages as a result of the allegations contained in the Complaint.

## SEVENTH SEPARATE AFFIRMATIVE DEFENSE

Plaintiff is barred in whole or in part by the applicable Statute of Limitations.

## EIGHTH SEPARATE AFFIRMATIVE DEFENSE

Plaintiff is barred by the Entire Controversy Doctrine.

## NINTH SEPARATE AFFIRMATIVE DEFENSE

FEIN, SUCH, KAHN & SHEPARD, P.C. violated no duty or obligation owed to Plaintiff under common law, by statutes or under any applicable contract or otherwise.

## TENTH SEPARATE AFFIRMATIVE DEFENSE

Although FEIN, SUCH, KAHN & SHEPARD, P.C. denies that it committed any violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq., in the event that a violation is determined to have occurred, said violation was unintentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error and therefore Plaintiffs claims are barred pursuant to 15 U.S.C. § 1692 k(c) et seq.

## ELEVENTH SEPARATE AFFIRMATIVE DEFENSE

Plaintiff's claim is subject to mandatory arbitration.

## TWELFTH SEPARATE AFFIRMATIVE DEFENSE

The statute relied on by Plaintiff in the Complaint is not applicable to FEIN, SUCH, KAHN & SHEPARD, P.C..

## THIRTEENTH SEPARATE AFFIRMATIVE DEFENSE

The statute relied on by Plaintiff in the Complaint is unconstitutional.

## FOURTEENTH SEPARATE AFFIRMATIVE DEFENSE

Any licensing deficiency issue alleged in the Complaint was cured.

**FIFTEENTH AFFIRMATIVE DEFENSE**

FEIN, SUCH, KAHN & SHEPARD, P.C. did not misrepresent the character, amount and/or legal status of the debt and made no false, deceptive or misleading representations in connection with the collection of the debt.

**SIXTEENTH AFFIRMATIVE DEFENSE**

Plaintiff lacks standing to assert claims individually and on behalf of the putative class because Plaintiff has suffered no damages.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

The purported claims made by Plaintiff are precluded because the alleged conduct would have affected, if anyone, only an insubstantial number of putative class members.

**EIGHTEENTH AFFIRMATIVE DEFENSE**

Plaintiff lacks standing to assert claims on behalf of the putative class because there are no questions of law or fact common to the class.

**NINETEENTH FIRST AFFIRMATIVE DEFENSE**

Plaintiff lacks standing to assert claims on behalf of the putative class because Plaintiff's claims are not typical of the proposed class.

**TWENTIETH AFFIRMATIVE DEFENSE**

Plaintiff cannot sustain the burden to establish claims against FEIN, SUCH, KAHN & SHEPARD, P.C. for attorney's fees.

**TWENTY FIRST AFFIRMATIVE DEFENSE**

FEIN, SUCH, KAHN & SHEPARD, P.C. acted with due care at all relevant times, has complied with all applicable laws and standards and otherwise acted reasonably.

## TWENTY SECOND AFFIRMATIVE DEFENSE

FEIN, SUCH, KAHN & SHEPARD, P.C. violated no duty or obligation owed to Plaintiff under common law, by statute, under any applicable contract or otherwise.

## TWENTY THIRD AFFIRMATIVE DEFENSE

Plaintiff has no standing to file a Complaint as there has been no harm suffered by Plaintiff due to the allegations contained in the Complaint.

## CROSS CLAIM FOR CONTRIBUTION

While denying any and all liability to the Plaintiff for any or all damages alleged in the Complaint, FEIN, SUCH, KAHN & SHEPARD, P.C. demands contribution from co-defendant, N.A.R. Inc. for any and all sums recovered against this Defendant by Plaintiff including interest, reasonable attorney's fees and costs of suit pursuant to the Joint Tortfeasors Contribution Act.

## CROSS CLAIM FOR INDEMNIFICATION

While denying any and all liability to the Plaintiff for any or all damages alleged in the Complaint, FEIN, SUCH, KAHN & SHEPARD, P.C.  demands judgment against co-defendant, N.A.R. Inc. for any and all sums recovered against this Defendant by Plaintiff including interest, reasonable attorney's fees and such other and further relief as this court deems equitable and just under the circumstances.


**FEIN, SUCH, KAHN & SHEPARD P.C.**
Attorneys for Defendant,
Fein, Such, Kahn & Shepard, P.C.


/s/ Gregg P. Tabakin
Gregg P. Tabakin, Esq.

Dated: March 5, 2024