Gregg P. Tabakin, Esq. (Attorney ID No. 017521980)
**FEIN, SUCH, KAHN & SHEPARD, P.C.**
6 Campus Drive, Suite 304
Parsippany, New Jersey 07054
(973) 538-4700
*Attorney for Defendant, Fein, Such, Kahn & Shepard, P.C.*

## UNITED STATES DISTRICT COURT
## DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| DEBORAH A. GLOVER, ON BEHALF OF HERSELF AND THOSE SIMILARLY SITUATED<br><br>Plaintiff,<br><br>vs.<br><br>N.A.R., INC., FEIN, SUCH, KAHN & SHEPARD, P.C., AND JOHN DOES 1-10,<br><br>Defendants. | CIVIL ACTION<br><br>CASE NO. 23-22386<br><br>CONSENT ORDER SUBMITTED BY THE PARTIES STAYING ACTION |

This matter having come before the Court on the application of the parties, and it appearing that the claims asserted by Plaintiff in her Complaint are similar to those asserted in the matter of *Diana v. LVNV Funding LLC*, where the New Jersey Supreme Court granted petition for certification as to "whether the New Jersey Consumer Finance Licensing Act, N.J.S.A. 17:1 lC-1 to - 49, provides a private right of action." *Diana v. LVNV Funding LLC*, 260 N.J. 313, 332 A.3d 1137 (2025), and it further appearing that the outcome of the appeal in *Diana v. LVNV Funding LLC* before the Supreme Court of New Jersey will impact the continued litigation of this action which may be dispositive of all claims in this matter and it further appearing that all parties have consented to the entry of this Order for good cause:

**IT IS** on this  18th  day of   September   , 2025

**ORDERED** that this action is stayed in its entirety (including discovery and any pending motions) pending decision of the New Jersey Supreme Court in *Diana v. LVNV Funding LLC,* and it is further

**ORDERED** that this action is administratively terminated pending disposition of the case of *Diana v. LVNV Funding LLC,* by the New Jersey Supreme Court; and it is further

**ORDERED** that Counsel for Plaintiff will notify all parties within seven (7) days of the result of the appeal in *Diana* after the entry of a decision in the Supreme Court of New Jersey and shall file a letter advising as to that decision. The letter shall also request the scheduling of a case management conference to determine whether the stay shall be continued or dissolved and to set a new discovery schedule; and it is further

**ORDERED** that a copy of this Order is to be served upon all parties/counsel of record within seven (7) days of the date hereof, per the Rules of Court.

| | |
|---|---|
| /s/ Yongmoon Kim | /s/ Gregg P. Tabakin |
| Yongmoon Kim, Esq. | Gregg P. Tabakin, Esq. |
| Kim Law Firm LLC | Fein, Such, Kahn & Shepard, P.C. |
| 411 Hackensack Avenue, Suite 701 | 6 Campus Drive, Suite 304 |
| Hackensack, New Jersey 07601 | Parsippany, New Jersey 07054 |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |
| Dated: September 16, 2025 | Dated: September 16, 2025 |

**SO ORDERED:**

_____   9/18/25
Honorable Madeline Cox Arleo U.S.D.J.